DATE 8-12-2015

IN THE SIXTH COURT OF APPEALLES
OF THE UNITED STATES DISTRICT COURT

CLAIMANT

Esaw Lampkin Pros'
Petitioner

RE: APPELLANT CAUSE
# 06-14-00024-CR

RECEIVED IN
The Court of Appeals
Sixth District
AUG 17 2015
Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District
AUG 17 2015
Texarkana, Texas
Debra K. Autrey, Clerk

§
§
§
§
§
§

MOTION REQUEST RECORD APPELLANT
Review of An Evidence Only Hearing in
THE Determing Factors of the WARRANT
TRUTHNESS AND of state Proof Evidence
IN THE RECORDS Claims For Relief

X Esaw Lampkin Pros'

C.C.

IN THE Sixth Court OF APPeales
OF THE UNITED STATES District court

Claimant
Esaw Lampkin Pro se
Petitioner.

RECEIVED IN
The Court of Appeals
Sixth District 2,

AUG 17 2015

Texarkana, Texas
Debra Autrey, Clerk

§
§
§
§
§

RE: APPellant Cause
#06-14-00024-CR

File Amendment claims of RELIEF
From AN illegally search seizeD BLOOD of
A motion To suppress Hearing THere are
Previously UnResolveD Factual Issues
Jurisdiction Notice
UNDER RULE OF APPellant Proc. Rule 3. 04 of
FairNess. IN AdJuicatory Proceedings are
UNDER APPellant Rules Proc: 52.11

3 STAtement of claims of RELIEF From A illegal
BLOOD. Draw TO: WHOM it may concern of this
HONORABLE COURT. THE APPellant RECORDS are A
Complete RECORD. FOR Which To base APPellants
APPeal OF issues. To Be Raise. Which There have
Additional. OBJection. At THE SUPPRession Hearing BeFor
TRial.                  FabricateD

Paragraph (1)
THE undersigned APPointed counsel. For this APPeal
File. With This Here court. A APPellant motion To
an Abatement. APPeal on 10/4/2014. That the
APPellant RECORDS was incomplete. on which To
PRoperly Raise Reveral issues on His clients Behalf
BeFor. He Father claim. That A material
Document. oF A such warrant Document
was not included. in the record and Had
not been Filed. and That A SEARCH WARRant
Exhibit would Be Filed. SEPARTELY. THE StATE
Filed To PRove it had A true "search warrant."

Date oF TRial
Paragraph (1) THE APPellant ATtoReNeY of RECORDS
stated in His motion To ABAte APPeal File on
10/4/2014.           it He claim it was material
to the APPeal FoR A TRue COPY. of the signed
SEarch WaRRant To Be in THE RECORD. one
needs To KNow time Date WORDING OF DOCUMENT
THERe WAS not A TRUe Record OF Document filed.
                SEE ATtachment

Paragraph (1)

Amendment statement of claims For relief of To Hold. A Franks Evidentiary Hearing deNovo review. There is No records of trial of A true search warrant. Date of Trial

Paragraph (2)

Statement of claims For relief. The trial court At the suppression Hearing. Raised timely. Objections to the efficacy of the warrant. That there was not sufficient Facts on which to base. The Blood. search warrant, and that it was not timely. Returned. see. 3 RR 21 of the Appellant motion To suppress

Paragraph 8)

Statement of Factural claims For relief Herein The Records reflects that. The Trial. counsel. Raised additional. objection. That the warrant was not executed. within A Two. Hour Window. and that No Retrograde extrapolation evidence. was offered. By The state. see 5, RR 158 of The Trial records. Revial Errors of The trial court

Paragraph (9)

Question To this Here Errors of Records iF the Record. was Indeed incompelet to Raise issues of objection. How did the Trial counslors Appellant of Records Receive all of this Here information. Because Here is the timely objections on The Designation of the First records. →

Fourth Amendment Violation Against A illegal Blood. Draw. Appellant Ascertain that the Document. of A illegal warrant that was added are False. not A True duplicteded Exhibits the motion To suppress Burden of Proofs of the entire Records Preserve Errores on Appeal
see Attachment claims

Paragraph (1)

Statement of Appillant factural claim for relief to the Against. THE UNCONSTITUTIONAL BLOOD DRAW Against. Appellant consent it violateded His Fourth Amendment constidutinal rights Against The united states implied. consent statute and dispite. the "Existence of A "search warrant" This "search". was invaild. Because it "Violated; STATES implied. consent A Force BLOOD Draw without Legal concent see case law cite at Beeman Vs. State 86. S. W. 3d. 613 Ted crim aff.2002 There was Not AN CAR Accident. FOR THE State Trooper To FOnGo A Force BLOOD Draw

Paragraph (1)

Statement of claim of relief factural Previously UNRESOLVED ISSUES IN THE RECORDS OF A Motion to suppression HEARING. A invalid search warrant There was no Accident and THE ARGUMENT is WHEN A Pre - Trial Motion To suppress is overviled,

Paragraph (2)

IN ORDER To Presrve ERROn on Appeal the defendant need Not subsequently. OBJect. at Trial. To the Same evidence see case Law cite at Leman Vs. State 135 S.W.3d. 878. 882 Ted App Houston and see case Law cite at Moody Vs State 827. S.W.2d. 875. 889 Ted CRIM APP (1992) see case cite at

"missouri Vs. MC. Neely" 358 S.W.3d 65, 2012)

REQUESTING "For THE ISSUES To Be Raised on direct Appeal Review of deNoVo Review of HARMLESS ERROR Reversal of illegal conviction See Attachment Pages

Paragraph (3) statement of claims For Relief and MOTION Request For THE courts To Review A deNove Review of the claims of Reversal Errors Herein of the Issues That was not Raise on Appeal of Appellant Attorency of Records.

Paragraph v 41

statement of claims For Relief Against illegal interrogation A Force of corence of a Police officer To Force Appellant To Admitt that Appellant Drank Three Natural Light Beer when it didnot happen Defendant didnot waiven over His Constitutional Right Nor Agree To Questioning Violations of His constitutional right The statement Fifth Amendment Violation see case Law cite at MiRanda V. ARizona 384 U.S. 436.475 ('966)

SUBSCRIBED AND sown to are true and connect. Amendment claims For Relief File For The Appellant court To Process claims For Relief, Theres No True Jury Trial Exhibit materials of Evidence of a Proof of search Warrant Document of Trial The court of Appeals sixth Appellate District court B1-state Line Avenue # 20 Texarkana Texas 75501 From the legal mail Box at the clements unit 9601 SPUR 591 Amarillo Tx 79107

Frank Lompha Prose